# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-217-1 |
| EARL JACKSON | : | |

## ORDER

AND NOW, this 24th day of February, 2014, upon consideration of the within Motion, it is hereby

## ORDERED

that Indictment No. 13-217 against defendant Earl Jackson be dismissed as to that defendant only.

BY THE COURT:

_____
HONORABLE JUAN R. SANCHEZ
Judge, United States District Court